

**Fox Rothschild LLP**
ATTORNEYS AT LAW

101 Park Avenue, 17th Floor
New York, NY 10178
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

ELIZABETH C. VIELE
Direct Dial: (212) 878-7968
Email Address: EViele@FoxRothschild.com

---

> Application granted. Defendant's time to file a third-party complaint is extended to 6/19/20.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  New York, New York
>         June 11, 2020

---

June 11, 2020

**VIA ECF & EMAIL**

Hon. Philip M. Halpern
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007
HalpernNYSDChambers@nysd.uscourts.gov

**Re:   Knox v. Party City Holdings Inc., Case No, 7:20-cv-02613-PMH**

Dear Judge Halpern:

This firm represents defendant Party City Holdings Inc. ("Party City") in the above-referenced matter. Party City submits this letter in accordance with Rule 1(C) of Your Honor's Individual Practices in Civil Cases to request a seven day (7) day extension to file a third-party complaint in this action.  This is Party City's first request for an extension of time to file a third-party complaint.

Pursuant to Federal Rule of Civil Procedure 14, Party City's deadline to file a third-party complaint is currently set for tomorrow, June 12, 2020.  Counsel for Plaintiff consents to the extension.

Party City is actively in the process of determining whether adding a third-party defendant to this action is necessary and is currently in discussion with the third-party regarding this matter.  In order to finalize this determination, Party City is requesting additional time by which to file its third-party complaint.

Accordingly, we respectfully request that the Court extend Party City's deadline to file a third-party complaint by seven days (7) days from tomorrow's date, to June 19, 2020.



We thank the Court for its attention to this matter.

Respectfully submitted,

Elizabeth C. Viele, Esq.

cc: Counsel for Plaintiff (via ECF)