

**Fox Rothschild LLP**
ATTORNEYS AT LAW

101 Park Avenue, 17th Floor
New York, NY 10178
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

ELIZABETH C. VIELE
Direct Dial: (212) 878-7968
Email Address: EViele@FoxRothschild.com

---

> Application granted. Defendant's time to file a third-party complaint is extended to 7/27/2020.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
>   July 9, 2020

July 8, 2020

**VIA ECF & EMAIL**

Hon. Philip M. Halpern
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007
HalpernNYSDChambers@nysd.uscourts.gov

Re:  **Knox v. Party City Holdings Inc., Case No, 7:20-cv-02613-PMH**

Dear Judge Halpern:

This firm represents defendant Party City Holdings Inc. ("Party City") in the above-referenced matter. Party City submits this letter in accordance with Rule 1(C) of Your Honor's Individual Practices in Civil Cases to request an additional fourteen (14) day extension to file a third-party complaint in this action, which is currently due on July 13, 2020.

This is Party City's fourth request for an extension of time to file a third-party complaint. On June 11, 2020, Party City made its first request, which counsel for Plaintiff consented to and which the Court granted [DE 15]. On June 18, 2020, Party City made its second request after contacting plaintiff's counsel for his consent but not reaching him. The Court granted this request [DE 17]. On June 26, 2020, Party City made its third request, which counsel for Plaintiff consented to and which the Court granted [DE 19].

Counsel for Party City has contacted counsel for Plaintiff via email and phone regarding this fourth request, but has been unable to reach him.

Party City is still actively conducting an internal investigation into a third party's involvement in this matter and analyzing whether it is necessary to file a third party complaint. Over the past several weeks, Party City has re-opened its retail stores following the state closures resulting from the COVID-19 pandemic and as a result, been working through a number of issues of operational and legal issues affecting its business. Thus, an additional extension of time would significantly aid Party City in finalizing its determination regarding the third-party complaint in this matter.



Party City does not anticipate any delay to any other case deadlines, including the upcoming conference on July 22, 2020, as a result of this extension request.

Accordingly, we respectfully request that the Court extend Party City's deadline to file a third-party complaint by fourteen (14) days from July 13, 2020 to **July 27, 2020**.

We thank the Court for its attention to this matter.

Respectfully submitted,

Elizabeth C. Viele, Esq.

cc: Counsel for Plaintiff (via ECF and email)

Active\112085279.v1-7/8/20