

KAZEROUNI
LAW GROUP, APC

Seventh Floor
New York, New York 10001
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
www.kazlg.com

**VIA ECF**

Hon. Philip M. Halpern
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Application granted. The initial conference is adjourned to 8/5/2020 at 11:30 a.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
> July 23, 2020

Re: *Knox v. Party City Holdings, Inc.*
Case No.: 7:20-cv-02613-PMH
**Request for Adjournment on Consent**

Dear Judge Halpern:

We represent the plaintiff and putative class in the above-referenced matter. As set forth more fully below, we write to respectfully request an adjournment of the Initial Conference set for July 28th.

By way of background, the Initial Conference was previously scheduled for July 22, 2020. Last week, however, the Court issued a Text Order indicating that "[d]ue to a scheduling conflict, the initial conference previously scheduled for 7/22/2020 at 11:00 a.m. is adjourned to 7/28/2020 at 1:30 p.m." Unfortunately, this new date conflicts with a pre-planned family vacation and as such, we respectfully request an adjournment. This is the first request for the adjournment and defendant's counsel consents to this request.

Should the Court grant a new date, Plaintiff's counsel is available any day after August 4 whereas Defendant's counsel indicated that they are ***not*** available from 12-1 on August 13, and all day August 14.

We thank the Court for its courtesies.

Respectfully submitted,

Ross H. Schmierer, Esq.

cc: *Attorneys for Defendant* (via ECF)

ARIZONA - CALIFORNIA - MINNESOTA - NEVADA - NEW JERSEY
NEW YORK - TEXAS - WASHINGTON